IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

DANIELLE AFFOLDER,

        Plaintiff,

v.

CENTRAL MONTANA MEDICAL
CENTER, Inc.,

        Defendant.

CV-20-49-GF-BMM

**ORDER**

Upon Plaintiff's Motion to Dismiss, (Doc. 4) and with good cause shown,

**IT IS HEREBY ORDERED** that this case is dismissed. All parties shall bear their own fees and costs.

DATED this 6th day of January, 2020.

_____
Brian Morris, Chief District Judge
United States District Court